Tsephanyah Y. HAWKINS; Yahchanan Y. Hawkins, Plaintiffs–Appellants

v.

Charles C. SELF III; Donald L. Anderson Jr.; Whitten and Young PC, Defendants–Appellees.

No. 06–10980
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 30, 2007.

Tsephanyah Y. Hawkins, Clyde, TX, pro se.

Yahchanan Y. Hawkins, Clyde, TX, pro se.

Mark John Zimmermann, Jill A. Malouf, Dealey, Zimmermann, Clark, Collie & Malouf, Dallas, TX, for Defendants–Appellees.

Before SMITH, WIENER, and OWEN, Circuit Judges.

published and is not precedent except under     the limited circumstances set forth in 5TH CIR.

PER CURIAM: *

For the reasons stated by the district court below, we AFFIRM.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.